UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Honorable  Patty Shwartz** | U.S. Post Office & Courthouse Bldg. |
| **United States Magistrate Judge** | Federal Square, Newark, NJ  07101 |
| | (973) 645-6596 |

July 13, 2007

TO ALL COUNSEL OF RECORD

      RE:    NOVARTIS, et al. v. ROXANNE LABORATORIES, INC.

          **Civil Action No. 06-4125(FSH)**
          **NOVARTIS, et al. v. TARO, et al.**

          **Civil Action No. 06-4178(FSH)**

          **NOVARTIS, et al. v. BRECKENRIDGE**

          **Civil Action No. 06-4199(FSH)**

          **NOVARTIS, et al. v. TEVA, et al.**

          **Civil Action No. 06-4200(FSH)**

**LETTER ORDER**

Dear Counsel:

      The telephone conference scheduled for July 17, 2007 has been rescheduled for **July 20, 2007 at 1:00 p.m.**  Plaintiff shall initiate the telephone call.  Kindly mark your calendars accordingly.

**SO ORDERED.**

                                              s/Patty Shwartz

                                              **United States Magistrate Judge**